UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS J. POWELL | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 21-cv-00341 |
| IMMACULATA UNIVERSITY | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Thomas J. Powell, and Defendant, Immaculata University by and through their undersigned attorneys, hereby stipulate to the voluntarily dismissal of this action, with prejudice, pursuant to Local Rule Civ. P. 41.1(b).


*/s/ Robert H. Graff*                         */s/ Susan M. Guerette*
Robert H. Graff, Esq.                         Susan M. Guerette, Esq.
The Law Offices of Eric A. Shore              Fisher Phillips, LL9
Two Penn Center                               Two Logan Square, 12th Floor
1500 JFK Blvd, Suite 1240                     100 N. 18th Street
Philadelphia, PA  19102                       Philadelphia, PA 19103
Telephone: 267-546-0138                       Telephone: 610-230-2150
robertg@ericshore.com                         sguerette@fisherphillips.com